Amy S. Ramsey (SBN 315981)
ADVANTAGE ADVOCATES, P.C.
21 Miller Alley
Pasadena, CA 91103
(626) 310-0100 (Tel)
(626) 314-5101 (Fax)
aramsey@advantage-law.com

Attorney for Plaintiff
Troy Easter

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY EASTER, | Case No. 2:26-cv-02998-JLS (ASx) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |
| vs | Hon. Josephine L. Staton, Dept. 28 |
| ABBOTT LABORATORIES (an Illinois corporation), and DOES 1 THROUGH 25, INCLUSIVE (an individual), and DOES 1 through 25, inclusive, | Complaint Filed: February 13, 2026 |
| Defendants. | Trial Date: None set. |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1 of the Local Rules of the United States District Court for the Central District of California, the undersigned counsel for Plaintiff Troy Easter hereby certifies as follows:

Plaintiff Troy Easter is an individual. The undersigned, counsel of record for Plaintiff Troy Easter, certifies that no other persons or entities (other than Plaintiff Troy Easter) have a pecuniary interest in the outcome of this case.

///

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: June 12, 2026

Respectfully submitted,
ADVANTAGE ADVOCATES, P.C.

By: _____
Amy S. Ramsey
Attorney for Plaintiff
Troy Easter

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action.

On June 12, 2026, I electronically filed the foregoing document described as: **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2026, at Pasadena, California.

_____/s/ Amy S. Ramsey_
Amy S. Ramsey

1
PROOF OF SERVICE