Amy S. Ramsey (SBN 315981)
ADVANTAGE ADVOCATES, P.C.
21 Miller Alley
Pasadena, CA 91103
(626) 310-0100 (Tel)
(626) 314-5101 (Fax)
aramsey@advantage-law.com

Attorney for Plaintiff
Troy Easter

SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
Sage E. Fishelman (SBN 339529)
sfishelman@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY EASTER,<br><br>           Plaintiff,<br><br>    vs<br><br>ABBOTT LABORATORIES (an Illinois corporation), and DOES 1 THROUGH 25, INCLUSIVE (an individual), and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No. 2:26-cv-02998-JLS (ASx)<br><br>**STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT**<br><br>Hon. Josephine L. Staton, Dept. 28<br><br>Complaint Filed: February 13, 2026<br><br>Trial Date: None set. |

Plaintiff Troy Easter ("Plaintiff") and Defendant Abbott Laboratories ("Abbott"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in the Superior Court of California, County of Los Angeles, on February 13, 2026, alleging employment-related claims for discrimination and wrongful termination;

WHEREAS, Abbott removed this matter to this Court on March 20, 2026;

WHEREAS, Abbott filed a Notice of Interested Parties in this action identifying St. Jude Medical S.C., Inc. as Plaintiff's employing entity;

WHEREAS, Plaintiff seeks leave to amend the operative complaint to add St. Jude Medical S.C., Inc. as a named defendant, as reflected in the proposed First Amended Complaint attached as Exhibit A;

WHEREAS, the Parties agree that Plaintiff may seek to file the attached First Amended Complaint under Federal Rule of Civil Procedure 15(a)(2);

WHEREAS, by entering into this Stipulation, Abbott does not waive and expressly reserves all defenses and objections, including as to relation back, timeliness, exhaustion, service, personal jurisdiction, and any other procedural or substantive defense.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Abbott as follows:

1. Plaintiff may file the First Amended Complaint attached as Exhibit A within five (5) days of the Court's entry of the Order approving this Stipulation;

2. Abbott shall respond to the First Amended Complaint within the time permitted by the Federal Rules of Civil Procedure. St. Jude Medical S.C., Inc. shall respond to the First Amended Complaint within the time permitted by the Federal Rules of Civil Procedure following service; and

3. This Stipulation does not constitute an appearance by St. Jude Medical S.C., Inc. and does not waive any defenses or objections available to Abbott or St. Jude Medical S.C., Inc., including as to relation back, timeliness, service, or personal jurisdiction.

IT IS SO STIPULATED.

STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT

Dated: June 16, 2026                    Respectfully submitted,
                                        ADVANTAGE ADVOCATES, P.C.


By:_____
    Amy S. Ramsey
    Attorney for Plaintiff
    Troy Easter


Dated: June 16, 2026                       SEYFARTH SHAW LLP


By: ___/s/ Sage E. Fishelman
        Michele J. Beilke
        Julia Y. Trankiem
        Sage E. Fishelman
        Attorneys for Defendant
        ABBOTT LABORATORIE

---

3

STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action.

On June 16, 2026, I electronically filed the foregoing document described as: **STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2026, at Pasadena, California.

_____/s/ Amy S. Ramsey_
Amy S. Ramsey

1
PROOF OF SERVICE