UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY EASTER,<br><br>         Plaintiff,<br><br>         vs<br><br>ABBOTT LABORATORIES (an Illinois corporation), and DOES 1 THROUGH 25, INCLUSIVE (an individual), and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No. 2:26-cv-02998-JLS (ASx)<br><br>**ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT (Doc. 13)** |

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS that:

1. Plaintiff may file the First Amended Complaint attached as Exhibit A within **five (5) days** of this Order;

2. Abbott shall respond to the First Amended Complaint within the time permitted by the Federal Rules of Civil Procedure; and

3. St. Jude Medical S.C., Inc. shall respond to the First Amended Complaint within the time permitted by the Federal Rules of Civil Procedure following service.

IT IS SO ORDERED.

DATED: June 23, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2